AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wilkinson, III. J H | 2. Court or Organization  4th US Circuit Court of Appeals | 3. Date of Report  05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  255 W Main Street Rm 230 Charlottesville, Va. 22902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 | |
| 2. | |
| 3. | |
| 4. | |
| 5 | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 To date | I will receive no salary from my former employer, the University of Va Law School There will be no continuing participation (cntd Part VIII) |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | American Constitution Society | June 19, 2009 | Washington, DC | Panel | Lodging |
| 2. | University of South Carolina Law School | October 14, 2009 | Columbia, SC | Panel | Lodging |
| 3 | The Federalist Society | November 12, 2009 | Washington, DC | Panel | Lunch/Dinner |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson. III, J H. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 TRUST #1 | | | | | | | | | |
| 2 -Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 3. -Altria Group, Inc Common Stock | A | Dividend | J | T | | | | | |
| 4. -Philip Morris Intl Common Stock | A | Dividend | K | T | | | | | |
| 5 -AT&T Common Stock | D | Dividend | L | T | | | | | |
| 6 -Deere & Company Common Stock | C | Dividend | M | T | | | | | |
| 7 -Dupont E I De Nemours & Co. Common Stock | C | Dividend | L | T | | | | | |
| 8 -Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 9 -General Electric Co Common Stock | B | Dividend | L | T | | | | | |
| 10 -Hewlett Packard Common Stock | B | Dividend | N | T | Sold (part) | 11/13/09 | K | | |
| 11 -Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 12 -Kraft Common Stock | A | Dividend | J | T | | | | | |
| 13 -Lilly Eli & Co Common Stock | B | Dividend | K | T | | | | | |
| 14 -Media General Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15 -Proctor & Gamble Co Common Stock | D | Dividend | N | T | Sold (part) | 11/13/09 | J | | |
| 16 -Providence & Worcester RR Common Stock | A | Dividend | K | T | | | | | |
| 17 -Royal Dutch Petro Shell Co Common Stock | D | Dividend | M | T | | | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less          K =$15,001 - $50,000        I =$50,001 - $100,000        M =$100,001 - $250 000
(See Columns C1 and D3)      N  $250,001 - $500,000      O =$500 001 - $1,000 000    P1 =$1 000 001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50 000,000                            P4 =More than $50,000,000
3 Value Method Codes         Q -Appraisal               R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
(See Column C2)              U -Book Value               V - Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 -Schering Plough Corp. Common Stock | A | Dividend | L | T | Merged (with line 19) | 11/05/09 | L | B | |
| 19. -Merck & Co Common Stock | C | Dividend | L | T | | | | | |
| 20 -Spectra Energy Corp.Common Stock | B | Dividend | K | T | | | | | |
| 21. -SunTrust Bank Inc Common Stock | A | Dividend | K | T | | | | | |
| 22 -Wyeth & Co Common Stock | B | Dividend | L | T | Merged (with line 23) | 11/16/09 | L | F | |
| 23. -Pfizer Inc. Common Stock | B | Dividend | K | T | | | | | |
| 24. -Ridgeworth Fd-Largecap Core Eqty. | A | Dividend | J | T | Sold (part) | 11/10/09 | M | | |
| 25 -Ridgeworth Fd-Sm Cap Growth | A | Dividend | K | T | Sold (part) | 11/10/09 | K | | |
| 26 -Ridgeworth Fd-Sm Cap Val Eqty | A | Dividend | J | T | Sold (part) | 11/10/09 | K | | |
| 27 Ridgeworth Fd Mid-Cap Core Equity | A | Dividend | M | T | Buy | 11/10/09 | L | | |
| 28 -Ridgeworth Fd-Intl Equity | D | Dividend | N | T | Sold (part) | 11/10/09 | K | A | |
| 29. -Ridgeworth Fd Intl Equity Index | D | Dividend | N | T | Buy | 11/10/09 | N | | |
| 30. -Ridgeworth Fd-Largecap Grth Stk | A | Dividend | J | T | Sold (part) | 11/10/09 | J | | |
| 31. -Ridgeworth Fd-Aggressive Growth | A | Dividend | K | T | Sold (part) | 11/10/09 | L | B | |
| 32. -Ridgeworth Fd-Va Inter Mun Bd | E | Interest | O | T | Buy (add'l) | 11/10/09 | K | | |
| 33. -Ridgeworth Fd-Va Tax Free Mmkt | A | Interest | M | T | | | | | |
| 34. | | | | | | | | | |

1 Income Gain Codes       A  $1,000 or less        B =$1,001 $2,500        C =$2,501 - $5,000        D -$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1 000,000  H1 -$1,000,001 - $5,000,000  H2 -More than $5,000,000
2 Value Codes             J -$15,000 or less     K =$15,001 - $50 000      L -$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500 000  O =$500,001 - $1 000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000 000
                          P3  $25,000,001 - $50,000,000                      P4 –More than $50,000,000
3 Value Method Codes      Q =Appraisal          R  Cost (Real Estate Only)  S =Assessment              T - Cash Market
  (See Column C2)         L -Book Value         V -Other                    W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA # 1 | | | | | | | | | |
| 36. -Ridgeworth Fd-Sm Cap Growth | A | Dividend | | | Sold | 10/26/09 | J | | |
| 37. -Ridgeworth Fd-MidCap Core Eq | A | Dividend | | | Sold | 07/13/09 | J | | |
| 38. -Ridgeworth Fd-MidCap Val Eq | A | Dividend | J | T | | | | | |
| 39. -Ridgeworth Fd-LargeCap Core Eqt | A | Dividend | | | Sold | 07/13/09 | K | | |
| 40. -Ridgeworth Fd-LargeCap Grth Stk | A | Dividend | K | T | Buy (add'l) | 07/13/09 | K | | |
| 41. -Ridgeworth Fd-Large Cap Value Eqty | A | Dividend | K | T | Buy (add'l) | 07/13/09 | K | | |
| 42. -Ridgeworth Fd-Aggressive Growth | A | Dividend | J | T | Sold (part) | 07/13/09 | J | | |
| 43. -Ridgeworth Fd-Emerging Growth | A | Dividend | J | T | Sold (part) | 07/13/09 | J | | |
| 44. -Ridgeworth Fd-Intl Equity | A | Dividend | | | Sold | 07/13/09 | J | | |
| 45. -Ridgeworth Fd-Intl 130/30 | A | Dividend | J | T | | | | | |
| 46. -Ridgeworth Fd-Intl Equity Index | A | Dividend | K | T | Buy | 07/13/09 | J | | |
| 47. -Ridgeworth Fd-Prime Qlty Mmkt | A | Interest | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. TRUST #2 | | | | | | | | | |
| 50. -Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 51. -AT & T Common Stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G $100,001 $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q Appraisal | R -Cost (Real Estate Only) | S Assessment | T =Cash Market | |
| (See Column C2) | U Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52 -Dupont E I Nemours & Co. Common Stock | A | Dividend | J | T | | | | | |
| 53 -Duke Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 54 -Hewlett Packard Common Stock | A | Dividend | L | T | | | | | |
| 55 -Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 56 -Lincoln Natl Corp Common Stock | A | Dividend | L | T | Sold (part) | 11/13/09 | J | D | |
| 57 -Royal Dutch Petro Shell Common Stock | B | Dividend | K | T | | | | | |
| 58 -Spectra Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 59 -Schering Plough Corp Common Stock | A | Dividend | K | T | Merged (with line 60) | 11/05/09 | K | B | |
| 60 -Merck & Co Common Stock | B | Dividend | K | T | | | | | |
| 61 -Wyeth Common Stock | A | Dividend | K | T | Merged (with line 62) | 10/16/09 | J | D | |
| 62 -Pfizere Inc Common Stock | A | Dividend | J | T | | | | | |
| 63 -IShares Tr S&P Sm Cap 600 Value Index Fd | A | Dividend | | | Sold | 11/13/09 | K | | |
| 64 -Ridgeworth Fd-LargeCap Core Equity | A | Dividend | | | Sold | 11/10/09 | L | | |
| 65 -Ridgeworth Fd-SmallCap Growth Stk | A | Dividend | | | Sold | 11/10/09 | J | | |
| 66 -Ridgeworth Fd-Intl Equity | A | Dividend | | | Sold | 11/10/09 | K | | |
| 67 -Ridgeworth Fd-Agressive Growth Stk | A | Dividend | K | T | | | | | |
| 68. -Ridgeworth Fd-Va Inter Mun Bd | A | Interest | K | T | Buy (add'l) | 11/10/09 | M | | |

1 Income Gain Codes (See Columns B1 and D4)
A -$1,000 or less
B =$1,001 - $2,500
C -$2,501 - $5,000
D - $5,001 - $15,000
E =$15,001 -$50,000

2 Value Codes (See Columns C1 and D3)
F -$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

J -$15,000 or less
K -$15,001 - $50,000
L -$50,001 - $100,000
M -$100,001 - $250,000

N =$250,001 - $500,000
O $500,001 - $1,000,000
P1 -$1,000,001 - $5,000,000
P2 -$5,000,001 - $25,000,000

P3 $25,000,001 - $50,000,000
P4 More than $50,000,000

3 Value Method Codes (See Column C2)
Q -Appraisal
U =Book Value
R -Cost (Real Estate Only)
V -Other
S -Assessment
W =Estimated
T -Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Ridgeworth Fd-Va Tax Free MM | A | Interest | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. DEPOSIT ACCOUNTS | | | | | | | | | |
| 72. SunTrust Interest Checking #1 | A | Interest | K | T | | | | | |
| 73 SunTrust Checking #2 | | None | J | T | | | | | |
| 74 SunTrust Checking #3 | | None | J | T | | | | | |
| 75 | | | | | | | | | |
| 76 TRUST #3 | | | | | | | | | |
| 77. -Ridgeworth Fd-LargeCap core Equity | B | Dividend | M | T | | | | | |
| 78 -Ridgeworth Fd-Smallcap Growth Stk | A | Dividend | J | T | | | | | |
| 79 -Ridgeworth Fd-Intl Equity | B | Dividend | L | T | | | | | |
| 80 -Ridgeworth Fd-Intl Fd 130/30 | A | Dividend | J | T | | | | | |
| 81. -Ridgeworth Fd-Midcap Core Equity | A | Dividend | J | T | | | | | |
| 82 -Ridgeworth Fd-Largecap Growth Stk | A | Dividend | K | T | | | | | |
| 83 -Ridgeworth Fd-Aggressive Growth Stk | A | Dividend | K | T | | | | | |
| 84. -Ridgeworth Fd-Emerging Growth Stk | A | Dividend | K | T | | | | | |
| 85 -Ridgeworth Fd-LargeCap Val Equity | A | Dividend | J | T | | | | | |

1 Income Gain Codes (See Columns B1 and D4)
A -$1 000 or less   B =$1,001 $2,500   C =$2 501 - $5,000   D -$5,001 - $15,000   E =$15 001 - $50,000
F -$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less   K = $15,001 - $50,000   L =$50,001 - $100 000   M =$100 001 - $250 000
N =$250,001 - $500,000   O $500 001 - $1,000 000   P1 =$1,000,001 - $5,000,000   P2 =$5 000 001 - $25,000,000
P3 $25,000 001 - $50,000,000   P4 -More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal   R -Cost (Real Estate Only)   S =Assessment   T =Cash Market
U - Book Value   V =Other   W Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Ridgeworth Fd-Midcap Val Equity | A | Dividend | J | Γ | | | | | |
| 87.  -Ridgeworth Fd-Va Inter Mun Bd | D | Interest | M | T | | | | | |
| 88  -Ridgworth Fd-Va Tax-Free MMkt | A | Interest | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C –$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | I =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 More than $50 000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II: Agreements.
Re: I will rec, contd. ...in any benefit plan provided by the University, although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University. The mortgage was paid in full on 02/09/1985.

Trust #1

My Revocable Trust-

IRA

My current IRA-
Account is invested entirely in SunTrust Bank mutual funds, named Ridgeworth Funds-

Trust #2

▓▓▓▓ Revocable Trust-

Trust #3

Irrev. GST Trust for me (from ▓▓▓▓ trust)-
This Trust was created from ▓▓▓▓ Trust (▓ Rev. Trust became Irrev Interim Trust-after ▓ death) which was split into two shares, after IRS approval was received, for ▓▓▓ and me My share later became this trust When it was initially funded, it only held cash, but it has now been fully invested The overall asset allocation now includes various asset classes represented by a diverse group of SunTrust Bank mutual funds (Ridgeworth Funds) items 77 through 88

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544